IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILTON MUNSON, ) | |
| ) | Case No. 8:05CV329 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER AMENDING |
| ) | MEMORANDUM AND ORDER |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court pursuant to Fed. R. Civ. P. 60(a). Plaintiff's counsel has notified the court of a clerical error appearing in its order dated July 14, 2006, Filing No. 19. Accordingly, the court amends Filing No. 19, page 8, last paragraph, second sentence, to say: "This finding is not supported by the evidence in the record." and page 10, paragraph 1 to say "This case is reversed and remanded to the Social Security Administration for an award of benefits from the onset date set forth in plaintiff's February, 2003, application; and".

IT IS SO ORDERED.

DATED this 28th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge