IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILTON MUNSON, ) | |
| ) | Case No. 8:05CV329 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Milton Munson's ("Plaintiff") motion for attorney's fees under the Equal Access to Justice Act and the Social Security Act, Filing No. 22. The court reversed and remanded this case to Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("Defendant"), for an award of benefits. Plaintiff requests that this court direct Defendant to notify the court when Defendant has determined the total amount of Plaintiff's past due benefits. Following such notification, Plaintiff requests that the court allow Plaintiff thirty days to prepare and submit a request for fees and that this court stay the award of such fees until expiration of the thirty-day period.

THEREFORE, IT IS ORDERED:

1) Defendant shall file a notice with the court when it has determined Plaintiff's benefits;

2) Plaintiff shall submit a request specifying the amount of fees he requests within thirty (30) days thereafter;

3) The court will stay the award of such fees until the thirty (30) days expires.

DATED this 12th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge